UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                          :

MOHAMMED QUADIR,
                Plaintiff,

                               13-CV-3327 (JPO)

        -v-

                               <u>ORDER OF REFERENCE</u>

NEW YORK STATE DEPARTMENT OF
LABOR,
                Defendant,

------------------------------------------------------------ X

J. PAUL OETKEN, District Judge:

The above entitled action is referred to the Honorable Frank Maas, United States Magistrate Judge, for the following purpose:

__X__  GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)

_____  GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)

_____  DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)

_____  SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE:

_____  JURY SELECTION

_____  HABEAS CORPUS

_____  INQUEST AFTER DEFAULT / DAMAGES HEARING

_____  SOCIAL SECURITY

_____  SETTLEMENT

_____  CONSENT UNDER 28 U.S.C. 636(c) FOR ALL PURPOSES (including trial)

_____  CONSENT UNDER 28 U.S.C. 636(c) FOR LIMITED PURPOSE OF:

       SO ORDERED.

Dated:  August 19, 2014
           New York, New York

                                             _____
                                                J. PAUL OETKEN
                                                United States District Judge

Mailed on August 19, 2014 to:

Mohammed Quadir
120 Alcott Place
Apt #2A
Bronx, NY 10475