DOL's Latest Attempt to Intimidate Pro Se Plaintiff in the Immediate Aftermath of the Court's Denial of the Labor Dept.'s MTD
*Quadir v. NYS Department of Labor*; Case # 13-CV-3327
Mohammed Quadir (Plaintiff *Pro Se*); (646) 327-3667

Friday, August 22, '14

Mohammed Quadir (Plaintiff Pro Se)
120 Alcott Place, Apt. 2A
Bronx, NY 10475
(646) 327-3667



Hon. J. Paul Oetken
US District Court, SDNY
40 Foley Square
New York, NY 10007

Re: *Quadir v. New York State Department of Labor*
   **13-CV-3327**

- Advising the Court of the **Labor Dept.'s Latest Attempt to Intimidate Pro Se Plaintiff in the Immediate Aftermath of the Court's Denial of DOL's Motion to Dismiss.**
- Bronx DOL Supervisors' Underhanded, Devious, and Deceitful Attempt to **Foist on Plaintiff Bronx DOL Supervisor Earle Dawkins as His "Union Leader" and Also to Have Him Serve in the Capacity of an "Independent" Witness to Disciplinary** Counseling Session—Mr. Dawkins LIED in a Matter Personally Involving the Plaintiff Earlier and as Such Is Not Qualified to Represent Plaintiff in Any Capacity. 1
- Plaintiff Is Aware the Court Will Not Consider in its Review of This Legal Complaint DOL's Latest Act of Intimidation and Harassment against Plaintiff for Continuing to Exercise His Rights under the ADA or Rehabilitation Act—As Advised in Documents 34 & 37.
- Plaintiff Is Nevertheless Filing This Notice with the Court in Order to Inform That the Labor Dept.'s Unrelenting Campaign of Threats, Harassment, Adverse Employment Action and Retaliation Against Him Continues Unabated to This Present Day.

Dear Judge Oetken:

I am writing to inform and memorialize for the Court, in real time, the NYS Labor Dept.'s attempt to intimidate Plaintiff in the immediate aftermath of the Court's denial on Tuesday, August 19, '14 of the Dept.'s Motion to Dismiss (MTD). Shortly after 3pm on Tuesday the 19th of August, '14 my immediate supervisor, Noemi Ramos, unexpectedly called me in for yet another disciplinary counseling session. In the past, such meetings were attended by Ms. Ramos' close personal friend and strong supporter supervisor Edna Fernandez. Even though

DOL's Latest Attempt to Intimidate Pro Se Plaintiff in the Immediate Aftermath of the Court's Denial of the Labor Dept.'s MTD
*Quadir v. NYS Department of Labor*; Case # 13-CV-3327
Mohammed Quadir (Plaintiff *Pro Se*); (646) 327-3667

Ms. Fernandez was present and available in the office on the 19th, this particular meeting was attended by supervisor Earle Dawkins who incidentally also happens to be the Bronx DOL office's union shop steward. When I asked Ms. Ramos as to why Mr. Dawkins was attending this particular disciplinary session, she advised me that he was there as a "witness." However, I made it perfectly clear to Ms. Ramos verbally during the meeting and later by email (see newly submitted **Exhibit p. 161**) that Mr. Dawkins was not there as either my "union representative" or as my "witness." He was there as "management's representative." Mr. Dawkins is not qualified to represent me in any capacity as he LIED regarding a matter personally involving me earlier. **Mr. Dawkins tricked and ambushed me into teaching the Advance Resume Workshop on January 26, '11 and then lied to others about it.** (As proof, please see Document 5-2, Filed 5-31-13, pp. 9 & 16 of 17 and Document 5-5, Filed 5-31-13, pp. 15-16 of 84.)

The disciplinary session commenced with Ms. Ramos accusing me, among other things, of not complying with the Bronx DOL office's call-in procedures for reporting absences. This is a topic she has covered during prior disciplinary sessions. However, as Ms. Ramos has been repeatedly made aware on the days I go to court to submit documents/paperwork and/or to do case-related research, I leave my phone at home. Why? Well, as I advised the Court in Document 53 (Filed 8-12-14, p. 6 of 33) court officers do not allow visitors to bring their cell phones inside the courthouse. To avoid this hassle, I leave my phone at home.

This is an extremely important part of the reason, I am not able to call and speak to a live person (i.e., supervisor) exactly between 9am-11am as it has to be exactly between 9-11am not 8:59am or even 11:01am. And even on those days when I am not able to call exactly (exactly) between 9am-11am to report my absence because I had to go to court for example, I make it a point to **leave voicemails prior to 9am for the 3 supervisors** on the 9th floor—including Ms. Ramos—informing them of my absence and the reason for the absence. Ms. Ramos has been repeatedly informed of all this by me, but chose to call me in for this harassing and intimidating disciplinary counseling session after she had found out at around 1:50pm on Tuesday, the 19th of August, '14 of the Court's denial of the Labor Dept.'s Motion to Dismiss. **Ms. Ramos' was visibly upset and very clearly enraged that the Court, at this stage, had refused to dismiss my disability discrimination complaint—** especially in light of the fact, I am sure, the Labor Dept. is being represented by a small army of talented, taxpayer-funded and all-expenses-paid attorneys of the State of NY.

(The Court's decision denying DOL's MTD—Document #54—was posted to Pacer by 1:49pm, Tuesday, August 19, '14 and was automatically emailed to all parties in this case. However, since I never ever check my personal email in the office, I did not learn of the Court's decision well after 6pm on August 19, '14, when I arrived home from work. However, Ms. Ramos and the Bronx DOL supervisors—unlike me—have that small army of talented and taxpayer-funded lawyers to fill them in instantaneously on all developments in this case. Hence, Ms. Ramos learned of the Court's decision no later than 2pm and decided to try to harass and intimidate me further by having yet another disciplinary write-up counseling session.)

2

DOL's Latest Attempt to Intimidate Pro Se Plaintiff in the Immediate Aftermath of the Court's Denial of the Labor Dept.'s MTD
*Quadir v. NYS Department of Labor*; Case # 13-CV-3327
Mohammed Quadir (Plaintiff *Pro Se*); (646) 327-3667

The **Dept.'s call-in procedure for absences as applied to me by supervisor Noemi Ramos is and has been arbitrary and capricious**.  (I mentioned this earlier on a prior occasion— please see Document 53, Filed 8-12-14, pp. 6-7 of 33.  Now I will elaborate further on this topic and will provide additional corroborating evidence.)  Consider the following **second example**[1]: I called and personally spoke to Ms. Ramos shortly after 9am on Wednesday, August 20, '14 to inform that I needed to be absent on that day to work on this very filing for the Court—in order to report the incident from Tuesday, August 19, '14, which is the subject of this missive.

During this conversation, I also informed her of my need to be absent for Thursday, August 21, '14, due to a medical appt.  I asked her if I needed to provide her with a doctor's note for this August 21st absence.  She responded that even if I provide her with a medical note for the absence, I would still have to report the absence as an **unauthorized** leave without pay (LWOP) day—which is not only very censorious and punitive in nature, but also a very dark stain on an employee's permanent work record.  This however contradicts the August 1st '14 disciplinary write-up I received, which commands the following: "You are to provide acceptable documentation for any and all non-FMLA, sick and non-sick partial or full day absences immediately upon your return to work.  Acceptable medical documentation must show that you were seen by a doctor for the sick absence"—Document 53, Filed 8-12-14, p. 30 of 33.

This is a good 2nd example of what I mean when I say the Labor Dept.'s **call-in procedure for absences as applied to me by supervisor Noemi Ramos is and has been arbitrary and capricious.  Even though Ms. Ramos will not accept the medical note justifying the absence for Thursday, August 21, '14, I am submitting it nevertheless for the Court to show just how arbitrary and capricious Dept.'s call-in procedure for absences as applied to me by supervisor Noemi Ramos is and has been—see newly submitted Exhibit p. 162 for this August 21, '14 medical note.**

3

---

[1] Please see Document 53, Filed 8-12-14, pp. 6-7 of 33 for the **first example** of when I provided Ms. Ramos with two medical notes explaining the absences for July 22 & July 24, '14.  She had advised me on the phone earlier on Tuesday, July 22, '14 that she had wanted them, but later refused to accept them.  This is just another example of the arbitrariness and capriciousness of the Dept.'s various procedures as routinely being applied to me.  Her refusal to accept the medical notes is in direct contravention and contradiction to the August 1, '14, disciplinary write-up in which she orders me in writing to provide her with medical notes precisely for such absences—see Document 53, Filed 8-12-14, p. 30 of 33.

As written proof of the fact, Ms. Ramos refused to accept my July 22 & 24, '14 medical notes, please see newly submitted **Exhibit p. 163**, which is an email from her sent on Friday, August 1, '14 at 10am.  In this email, Ms. Ramos advised she had disapproved my timesheet submitted by me on 7-31-14 at 9:52am—newly submitted **Exhibit p. 164**--, because I had failed to "make corrections as discussed at meeting 7/31/14"— **Exhibit p. 163**—meaning that I had not charged the July 22nd & July 24th absences as unauthorized leave without pay (LWOP) days even though I had submitted valid medical notes justifying those absences.  Per Ms. Ramos' command, I resubmitted my timesheet on 8/4/14 at 3:12pm indicating my July 22nd and July 24th absences as unauthorized LWOP days—please see newly submitted **Exhibit p. 165** for this resubmitted timesheet.

DOL's Latest Attempt to Intimidate Pro Se Plaintiff in the Immediate Aftermath of the Court's Denial of the Labor Dept.'s MTD
*Quadir v. NYS Department of Labor*; Case # 13-CV-3327
Mohammed Quadir (Plaintiff *Pro Se*); (646) 327-3667

**(Furthermore, the Court should keep in mind the Labor Dept. has been denying me any leave accruals whatsoever since at least pay period 5/8/14 to 5/21/14 to the present day—yet another discriminatory, retaliatory, and punitive measure.  I discussed this in earlier submitted Documents 52 & 53, Filed 7-28-14 and 8-12-14, respectively.)**

And I would like to take this opportunity to once again remind the Court that the Dept.'s ongoing and unending campaign of threats, harassment, disciplinary write-ups, negative evaluations (affecting pay), and denial of leave accruals (via "Full Restrictions"), is the reason for my numerous absences from work.  Unlike the Labor Dept., I do not have a small army of talented, taxpayer-funded lawyers representing me.  I informed the Court of all this on several prior occasions.  (As proof, please see, Doc #29, p. 2 of 5, Filed 4-25-14; Doc #27, p. 4 of 5, Filed 4-16-14; Doc #32, p. 3 of 10, Filed 5-5-14; Doc #46, Filed 7-17-14, p. 4 of 11; Doc #52, Filed 7-28-14, p. 2 of 12; and Doc #53, Filed 8-12-14, p. 6 of 33.)

This Tuesday, August 19, '14 disciplinary counseling session ended with Ms. Ramos making all sorts of misleading, inaccurate and/or false accusations against me most of which were iterated on previous occasions.  And as such it is not necessary for me at this time, for brevity's sake, to discuss them.  An extremely important purpose I have in filing this notice with the Court is to express my objection with the Bronx DOL supervisors' sneaky and underhanded attempt to try to **foist on me Mr. Earle Dawkins as my "union leader" and also to have him serve in the capacity of an "independent" witness to the Tuesday, August 19, '14, disciplinary counseling session and future disciplinary sessions.  Mr.** Dawkins LIED in a matter personally involving me earlier and as such is not qualified to represent me in any capacity.                                                                     4

I thank the Court for its consideration of this case.  A courtesy copy—along with the 5 pages of newly submitted **Exhibit pp. 161-165**—is being submitted for United States District Judge J. Paul Oetken and also for Chief U.S. Magistrate Judge Frank Maas.  I frankly apologize to the Court for constantly having to submit these missives, but the Labor Dept.'s unrelenting campaign of threats, harassment, write-ups, negative evaluations (affecting pay), and "full restrictions" (denying leave accruals) is leaving me as the pro se plaintiff with no other choice.

Sincerely,

*Mohammed Quadir*

Mohammed Quadir
(646) 327-3667

CC: Hon. Frank Maas, Chief U.S. Magistrate Judge, SDNY

DOL's Latest Attempt to Intimidate Pro Se Plaintiff in the Immediate Aftermath of the Court's Denial of the Labor Dept.'s MTD
*Quadir v. NYS Department of Labor*; Case # 13-CV-3327
Mohammed Quadir (Plaintiff *Pro Se*); (646) 327-3667

# NEWLY SUBMITTED EXHIBITS TABLE OF CONTENTS[2]

(1) **EMAIL** FROM TUESDAY, AUGUST 19, '14 AT 3:25PM ENTITLED "RE: meeting today (Mr. Earle Dawkins Management's Representative)"……………………………………….. EXHIBIT P. 161

(2) AUGUST 21, '14 MEDICAL NOTE………..………... EXHIBIT P. 162

(3) AUGUST 1, '14 **EMAIL** FROM SUPERVISOR RAMOS **ORDERING RESUBMISSION OF TIMESHEET TO INDICATE THE JULY 22 & JULY 24, '14 ABSENCES AS UNAUTHORIZED LWOP DAYS** DESPITE SUBMISSION OF TWO SEPARATE MEDICAL NOTES……………………………………………. EXHIBIT P. 163   5

(4) MY DISAPPROVED & UNSUBMITTED TIMESHEET FROM 7/31/14 @ 9:52AM……………………………………………. EXHIBIT P. 164

(5) MY SUBSEQUENTLY RESUBMITTED AND APPROVED TIMESHEET INDICATING THE **JULY 22 & JULY 24, '14 ABSENCES AS UNAUTHORIZED LWOP DAYS** DESPITE SUBMISSION OF TWO SEPARATE MEDICAL NOTES..………………..……… EXHIBIT P. 165

[2] These **new Exhibits being submitted today start at Exhibit p. 161 and end at p. 165.** I am continuing where I left off and am using the same Exhibit numbering system utilized before—see, as an example, ECF Document 53, Filed 8-12-14, p. 33 of 33 for the preceding Exhibit p. 160.

**Quadir, Mohammed  (LABOR)**

| | |
|---|---|
| **From:** | Quadir, Mohammed  (LABOR) |
| **Sent:** | Tuesday, August 19, 2014 3:25 PM |
| **To:** | Ramos, Noemi  (LABOR) |
| **Cc:** | Dawkins, Earle  (LABOR); Quadir, Mohammed  (LABOR); Sheffey, Atul (LABOR) |
| **Subject:** | RE: meeting today (Mr. Earle Dawkins Management's Representative) |

Ms. Ramos:


I am writing you this very brief note as a follow-up to the disciplinary counseling/meeting with you moments ago.  During the meeting you stated a number of things I disagree with.  Nevertheless, that is not my primary reason for writing you.  I am writing you due to the presence of supervisor Earle Dawkins, who incidentally is also the PEF union representative/shop steward for this Bronx DOL office.  In the past, all such disciplinary meetings were also attended by supervisor Edna Fernandez.  Now all of a sudden today Mr. Dawkins attended.

As you know a direct conflict of interest exists with Mr. Dawkins representing me in any capacity.  As such I wanted to make it clear in writing that Mr. Dawkins was not there as my union representative—as I did not request him.  Instead, he was there as DOL management's representative or as you stated a "witness".  However, he was not my "witness" as I did not request or select him.

Thank you.


M. Quadir
718-960-7926




**From:** Ramos, Noemi (LABOR)
**Sent:** Tuesday, August 19, 2014 2:02 PM
**To:** Quadir, Mohammed (LABOR)
**Subject:** meeting today

Hi Mohammed.  I would like to meet with you today  at 3pm at the Orientation Room.

*Noemi H. Ramos*
*Supervising Labor Service Representative - LO522*
*Division of Employment and Workforce Solutions*
*400 East Fordham Road, 9th Floor*
*Bronx, NY  10458*
*718/960-7943*
*718/960-7902 - Fax*

Exhibit P. 161

*Advanced Bio -Behavioral Sciences*

Phone: 914-345-9154
Fax: 914-345 5926

5 West Main Street
Suite 206
Elmsford, NY 10523

August 21, 2014

To whom it may concern,

Mohammed Quadir was seen at my office today Thursday, August 21, 2014. If you have any questions or concerns, please feel free to contact me at the above phone number.

Sincerely,

Naveed Iqbal, M.D.

Exhibit P162

## Quadir, Mohammed  (LABOR)

**From:** NOEMI RAMOS [USANHR@LABOR.NY.GOV]
**Sent:** Friday, August 01, 2014 10:00 AM
**To:** Quadir, Mohammed  (LABOR)
**Subject:** Unsubmitted Timesheet

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Your timesheet for fiscal year 2014 and pay period 9 was unsubmitted.
Please make corrections as discussed at meeting 7/31/14. Thanks.

Exhibit p 163



**LATS**net leave & accrual tracking system

**HR**net PART OF CMA

Home                    Timesheet

Admin

Welcome MOHAMMED QUADRI! | Logout

## Timesheet

Approval List    Timesheet    Workers Comp    TDS    Payments
Audit    Summary    Notes    UnSubmit    Print    Print All

Supervisor: NOEMI H RAMOS          Name: **MOHAMMED QUADIR**          Status: Submitted
FY: 2014 - 9 (7/17/2014 to 7/30/2014) Vacation: 4/17/2008          Submitted Date: 7/31/2014 9:52:56 AM
Personal: 4/17/2008          Approved Date:

Schedule: Default Rotation

07/17/2014

The following balance has been adjusted due to tardiness: VACATION (click on 'Audit' to see penalties)

| | 7/17 Thu | 7/18 Fri | 7/19 Sat | 7/20 Sun | 7/21 Mon | 7/22 Tue | 7/23 Wed | 7/24 Thu | 7/25 Fri | 7/26 Sat | 7/27 Sun | 7/28 Mon | 7/29 Tue | 7/30 Wed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day In | | 9:00 AM | | | | | 9:13 AM | | | | | | | 9:13 AM | Day In |
| Lunch Out | | 1:00 PM | | | | | 1:00 PM | | | | | | | 1:00 PM | Lunch Out |
| Lunch In | | 1:30 PM | | | | | 1:30 PM | | | | | | | 1:30 PM | Lunch In |
| Day Out | | 5:00 PM | | | | | 5:00 PM | | | | | | | 5:00 PM | Day Out |
| Tardy | :00 | :00 | :00 | :00 | :00 | :00 | .13 | :00 | :00 | :00 | :00 | :00 | :00 | .13 | Tardy |
| Earned Non comp | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Earned Non comp |
| Paid comp (overtime) | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Paid comp (overtime) |
| OT meal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7.30 | :00 | OT meal |
| Vacation | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Vacation |
| Sick-regular | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Sick-regular |
| Sick-family | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Sick-family |
| Personal | :00 | :00 | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 | Personal |
| NonComp | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | NonComp |
| Holiday | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Holiday |
| Floater | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Floater |
| VRWS | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | VRWS |
| Misc Leave | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | Misc Leave |
| UNATH LWOP - UNAUTHORIZED LWOP | 7:30 | :00 | :00 | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 | :00 | |
| Time Worked | :00 | :00 | :00 | :00 | :00 | :00 | 7:17 | :00 | :00 | :00 | :00 | :00 | :00 | 7:17 | Time Worked |
| Charges | 7:30 | :00 | :00 | :00 | 7:30 | 7:30 | :13 | 7:30 | 7:30 | :00 | :00 | 7:30 | 7:30 | :13 | Charges |
| Total Time | 7:30 | 7:30 | :00 | :00 | 7:30 | 7:30 | 7:30 | 7:30 | 7:30 | :00 | :00 | 7:30 | 7:30 | 7:30 | Total Time |
| | 7/17 Thu | 7/18 Fri | 7/19 Sat | 7/20 Sun | 7/21 Mon | 7/22 Tue | 7/23 Wed | 7/24 Thu | 7/25 Fri | 7/26 Sat | 7/27 Sun | 7/28 Mon | 7/29 Tue | 7/30 Wed | |

### Balances and Earnings

| Balance Projection | Vacation | Sick | Personal | Non Comp | Holiday | Floater | VRWS |
|---|---|---|---|---|---|---|---|
| Starting Balances | 34:30 | :00 | 7:30 | :00 | :00 | :00 | :00 |
| Charges | 15:00 | :00 | 7:30 | :00 | :00 | :00 | :00 |
| Earnings | :00 | :00 | :00 | :00 | :00 | :00 | :00 |
| Tentative Balances | 19:30 | :00 | :00 | :00 | :00 | :00 | :00 |

### Miscellaneous Category Balances

| | PROF CON | BREAST SCR | PROST SCRN |
|---|---|---|---|
| Balance | 22:30 | 4:00 | 4:00 |
| Charge | :00 | :00 | :00 |
| Ending Balance | 22:30 | 4:00 | 4:00 |

### FMLA Usage

### Work Totals

| | Time Worked | Charge Totals | Time Worked + Charges | Non Comp | Time Comp Paid |
|---|---|---|---|---|---|
| Week 1 | 14:47 | 22:43 | 37:30 | :00 | :00 |
| Week 2 | 7:17 | 30:13 | 37:30 | :00 | :00 |

### Leave Usage By Day

| | 7/17 Thu | 7/18 Fri | 7/19 Sat | 7/20 Sun | 7/21 Mon | 7/22 Tue | 7/23 Wed | 7/24 Thu | 7/25 Fri | 7/26 Sat | 7/27 Sun | 7/28 Mon | 7/29 Tue | 7/30 Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VACATION | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 |
| PERSONAL | :00 | :00 | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 |
| UNATH LWOP - LOSTTIME | 7:30 | :00 | :00 | :00 | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 | :00 |

Exhibit 6 164



**LATSnet** leave & accrual tracking system          PART OF CMA **HRnet**

Home                    Timesheet                                          Admin
                                                              Welcome MOHAMMED QUADIR!  |  Logout

## Timesheet

Approval List   Timesheet   Workers Comp   TDS   Payments
Audit   Summary   Notes   UnSubmit   Print   Print All

Supervisor: NOEMI H RAMOS          Name: MOHAMMED QUADIR          Status: Submitted
FY: 2014 - 9 (7/17/2014 to 7/30/2014) Vacation: 4/17/2008          Submitted Date: 8/4/2014 3:12:19 PM
                                      Personal: 4/17/2008          Approved Date:
                                      Schedule: Default Rotation

███████  07/17/2014  ████  ████  ▓

The following balance has been adjusted due to tardiness: VACATION (click on 'Audit' to see penalties)

| | 7/17 Thu | 7/18 Fri | 7/19 Sat | 7/20 Sun | 7/21 Mon | 7/22 Tue | 7/23 Wed | 7/24 Thu | 7/25 Fri | 7/26 Sat | 7/27 Sun | 7/28 Mon | 7/29 Tue | 7/30 Wed | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Day In | | 9:00 AM | | | | | 9:13 AM | | | | | | | 9:13 AM | Day In |
| Lunch Out | | 1:00 PM | | | | | 1:00 PM | | | | | | | 1:00 PM | Lunch Out |
| Lunch In | | 1:30 PM | | | | | 1:30 PM | | | | | | | 1:30 PM | Lunch In |
| Day Out | | 5:00 PM | | | | | 5:00 PM | | | | | | | 5:00 PM | Day Out |
| Tardy | .00 | .00 | .00 | .00 | .00 | .00 | .13 | .00 | .00 | .00 | .00 | .00 | .00 | .13 | Tardy |
| Earned Non comp | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Earned Non comp |
| Paid comp (overtime) | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Paid comp (overtime) |
| OT meal | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | OT meal |
| Vacation | 0 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | 7:30 | .00 | Vacation |
| Sick-regular | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Sick-regular |
| Sick-family | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Sick-family |
| Personal | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Personal |
| NonComp | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | NonComp |
| Holiday | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Holiday |
| Floater | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | Floater |
| VRWS | .00 | .00 | | | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | .00 | VRWS |
| Misc Leave | 7:30 | .00 | | | .00 | .00 | .00 | 7:30 | .00 | .00 | .00 | .00 | 7:30 | .00 | Misc Leave |
| UNATH LWOP - UNAUTHORIZED LWOP | 7:30 | .00 | | | 7:30 | 7:30 | .00 | 7:30 | 7:30 | .00 | .00 | 7:30 | .00 | .00 | |
| Time Worked | :00 | 7:30 | :00 | :00 | :00 | :00 | 7:17 | :00 | :00 | :00 | :00 | :00 | :00 | 7:17 | Time Worked |
| Charges | 7:30 | :00 | :00 | :00 | 7:30 | 7:30 | :13 | 7:30 | 7:30 | :00 | :00 | 7:30 | 7:30 | :13 | Charges |
| Total Time | 7:30 | 7:30 | :00 | :00 | 7:30 | 7:30 | 7:30 | 7:30 | 7:30 | :00 | :00 | 7:30 | 7:30 | 7:30 | Total Time |
| | 7/17 Thu | 7/18 Fri | 7/19 Sat | 7/20 Sun | 7/21 Mon | 7/22 Tue | 7/23 Wed | 7/24 Thu | 7/25 Fri | 7/26 Sat | 7/27 Sun | 7/28 Mon | 7/29 Tue | 7/30 Wed | |

████████

### Balances and Earnings

| Balance Projection | Vacation | Sick | Personal | Non Comp | Holiday | Floater | VRWS |
|---|---|---|---|---|---|---|---|
| Starting Balances | 34:30 | :00 | 7:30 | :00 | :00 | :00 | :00 |
| Charges | 7:30 | :00 | :00 | :00 | :00 | :00 | :00 |
| Earnings | :00 | :00 | :00 | :00 | :00 | :00 | :00 |
| Tentative Balances | 27:00 | :00 | 7:30 | :00 | :00 | :00 | :00 |

### Miscellaneous Category Balances
PROF CON BREAST SCR PROST SCRN

| | Balance | Charge | Ending Balance |
|---|---|---|---|
| Balance | 22:30 | 4:00 | 4:00 |
| Charge | :00 | :00 | :00 |
| Ending Balance | 22:30 | 4:00 | 4:00 |

#### FMLA Usage

### Work Totals

| | Time Worked | Charge Totals | Time Worked + Charges | Non Comp Time | Comp Paid |
|---|---|---|---|---|---|
| Week 1 | 14:47 | 22:43 | 37:30 | :00 | :00 |
| Week 2 | 7:17 | 30:13 | 37:30 | :00 | :00 |

### Leave Usage By Day

| | 7/17 Thu | 7/18 Fri | 7/19 Sat | 7/20 Sun | 7/21 Mon | 7/22 Tue | 7/23 Wed | 7/24 Thu | 7/25 Fri | 7/26 Sat | 7/27 Sun | 7/28 Mon | 7/29 Tue | 7/30 Wed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VACATION | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | :00 | 7:30 | :00 |
| UNATH LWOP - LOSTTIME | 7:30 | :00 | :00 | :00 | 7:30 | 7:30 | :00 | 7:30 | 7:30 | :00 | :00 | 7:30 | :00 | :00 |

Exhibit P. 165